1  CENTER FOR DISABILITY ACCESS
   Raymond Ballister Jr., Esq., SBN 111282
2  Phyl Grace, Esq., SBN 171771
   Russell Handy, Esq., SBN 195058
3  Dennis Price, Esq., SBN 279082
   <u>Mail</u>: PO Box 262490
4  San Diego, CA 92196-2490
   <u>Delivery</u>: 9845 Erma Road, Suite 300
5  San Diego, CA 92131
   (858) 375-7385; (888) 422-5191 fax
6  phylg@potterhandy.com

7  Attorneys for Plaintiff

8  Law Offices of Stephen Abraham
   Stephen E. Abraham, Esq. (State Bar No. 172054)
9  stephen@abraham-lawoffices.com
   1592 Pegasus Street
10 Newport Beach, California 92660
   Telephone: (949) 878-8608
11 Facsimile: (714) 852-3366

12 Attorney for Defendants
   The Norman Family Limited Partnership and Isaac Norman
13

14               UNITED STATES DISTRICT COURT
                 CENTRAL DISTRICT OF CALIFORNIA
15

16 | CHRIS LANGER,                          | Case No.: 2:19-CV-02157-R-SK |
17 |     Plaintiff,                          | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |
18 |     v.                                  | |
19 | THE NORMAN FAMILY LIMITED PARTNERSHIP, a California Limited Partnership; | |
20 | ISAAC NORMAN, in individual and representative capacity as trustee of the Norman Family Trust, U/D/T February 16, 1989; and Does 1-10, | |
21 |                                          | |
22 |     Defendants.                          | |

24     Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the
25 parties hereto that this action may be dismissed with prejudice as to all parties; each
26 party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the
27 matter has been resolved to the satisfaction of all parties.
28

Joint Stipulation                    -1-                    2:19-CV-02157-R-SK

Dated: September 6, 2019     CENTER FOR DISABILITY ACCESS

By:   /s/Amanda Lockhart Seabock
Amanda Lockhart Seabock
Attorneys for Plaintiff

Dated: September 6, 2019     LAW OFFICES OF STEPHEN E. ABRAHAM

By:   /s/ Stephen E. Abraham
Stephen E. Abraham
Attorneys for Defendants

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable Stephen E. Abraham, counsel for The Norman Family Limited Partnership and Isaac Norman, and that I have obtained authorization to affix her electronic signature to this document.

Dated: September 6, 2019     CENTER FOR DISABILITY ACCESS

By:   /s/Amanda Lockhart Seabock
Amanda Lockhart Seabock
Attorneys for Plaintiff